Law Offices of Daniel Reinganum
Daniel Reinganum, Esq.
615 White Horse Pike
Haddon Heights, NJ 08035
856-548-5440 / Daniel@ReinganumLaw.com
Attorney for Chapter 11 Debtor-in-Possession, JGA Development, LLC

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 24-16864-ABA |
| --- | --- | --- |
| **JGA Development, LLC** | Hearing Date: | **July 1, 2025 at 10:00 am** |
|  | Chapter 11 | |
| Debtor(s). | Judge: Andrew B. Altenburg, Jr. | |

**NOTICE OF MOTION FOR AN ORDER APPROVING PRIVATE SALE OF REAL ESTATE LOCATED AT 276 3RD STREET, JERSEY CITY, NJ 07302, FREE AND CLEAR OF LIENS AND OTHER INTERESTS, WITH LIENS TO ATTACH TO PROCEEDS, CONFIRMING DEBTOR'S STATUS AS A "TRUSTEE IN BANKRUPTCY" AS THAT TERMS IS USED IN N.J.S.A. 46:15-10(G) AND FOR RELATED RELIEF**

To all parties on the attached Certification of Service:

PLEASE TAKE NOTICE, that on **July 1, 2025 at 10:00 am** or as soon thereafter as counsel may be heard, the undersigned counsel for Debtor(s), shall move before the Honorable Andrew B. Altenburg, Jr. at the Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, 4th Floor, Camden, NJ 08101 Courtroom 4B or telephonically as authorized by said Judge, for an Order approving the relief described above and more particularly in the attached Certification, Brief, and Proposed Form of Order;

PLEASE TAKE FURTHER NOTICE that, in support of this Motion, the undersigned will rely upon the Certification of Gowtham Reddy, the authorized representative of the Debtor as well as exhibits and a brief.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief requested

in the Motion must:  (i) be in writing;

(ii) specify with particularity the basis of the objection;

(iii) be filed with the Clerk of the United States Bankruptcy Court; and

(iv) simultaneously be served on Debtor's Counsel, Daniel Reinganum, Esq., Law Offices of Daniel Reinganum, 615 White Horse Pike, Haddon Heights, NJ 08035.

**OBJECTIONS, IF ANY, MUST BE FILED AT LEAST SEVEN (7) DAYS BEFORE THE HEARING.    IF YOU MAIL YOUR OBJECTION, YOU SHOULD MAIL IT EARLY ENOUGH THAT IT ARRIVES AT THE COURT BY AT LEAST SEVEN (7) DAYS BEFORE THE HEARING.**

If an objection is filed you must also attend the hearing scheduled to be on the date, time, and location set forth above.

Oral argument is requested <u>ONLY</u> in the event that an objection is filed.

If you do not take these steps, the court may decide that you do not oppose the relief sought in the motion or object and may enter an order granting that relief.

**Law Offices of Daniel Reinganum**

**By:**    /s/Daniel L. Reinganum
Daniel L. Reinganum

DATED: June 3, 2025